RECEIVED
SDNY PRO SE OFFICE
2019 AUG 9 PM 12: 34

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON HENRY

(full name of the plaintiff or petitioner applying (each person
must submit a separate application))

-against-

U.S. Department of
Justice, Washington D.C. 20530-0001

(full name(s) of the defendant(s)/respondent(s))

19 CV 7497

CV _____ ( _ ) ( _ )

(Provide docket number, if available; if filing this with
your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings
and I believe that I am entitled to the relief requested in this action. In support of this application to
proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are
true:

1. *Are you incarcerated?*  ☐ Yes    ☐ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes   ☐ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization"
   directing the facility where I am incarcerated to deduct the filing fee from my account in installments
   and to send to the Court certified copies of my account statements for the past six months. *See* 28
   U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?   ☐ Yes   ☑ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else
   living at the same residence as you received more than $200 in the past 12 months from any of the
   following sources? Check all that apply.

   (a) Business, profession, or other self-employment    ☐ Yes   ☑ No
   (b) Rent payments, interest, or dividends             ☐ Yes   ☐ No

SDNY Rev: 8/5/2015

(c) Pension, annuity, or life insurance payments  ☐ Yes  ☑ No

(d) Disability or worker's compensation payments  ☐ Yes  ☑ No

(e) Gifts or inheritances  ☐ Yes  ☒ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.)  ☑ Yes  ☐ No

(g) Any other sources  ☐ Yes  ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.  How much money do you have in cash or in a checking, savings, or inmate account?

    *None*

5.  Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

    *None*

6.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7.  List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

    *None*

8.  Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:  *Attach Document*

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

8-8-2019
_____
Dated

_____
Signature

JACKSON Henry The First
_____
Name (Last, First, MI)

_____
Prison Identification # (if incarcerated)

538 E. 6TH Street   NYC,   NY,   10009
_____
Address                    City          State      Zip Code

347-489-4717
_____
Telephone Number

47AhCC@gma.l, com
_____
E-mail Address (if available)

IFP Application, page 2

RECEIVED
SDNY PRO SE OFFICE
2019 AUG -9 AM 11: 46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY Jackson
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 cv 1827 (CM) ( )

-against-

U.S. DePArtment of Justice
WAShington D.C. 20530-0001
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma*

*pauperis* on appeal. This motion is supported by the attached affidavit.

8-9-2019
Dated

Signature

JACKSON HeNry
Name (Last, First, MI)

538 E. 6th Street    N.Y.C.    N.Y.    10009
Address              City      State   Zip Code

347-489-4717
Telephone Number

47HACC@gmail.com
E-mail Address (if available)

Osrick Gordon
**COPY RECEIVED**

09    AUG 09 2019

U.S. ATTORNEY'S OFFICE SDNY

Civil Clerk

Rev. 12/23/13

RECEIVED
SDNY PRO SE OFFICE
2019 AUG 9 AM 11: 46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY JACKSON
JACKSON HENRY The First    19 cv 1827 (CM    )
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Counsel (Association Service),
Decision. Calendar
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION
OF TIME TO FILE NOTICE
OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time

to file a notice of appeal in this action. I would like to appeal the judgment

entered in this action on  8-9-19  but did not file a notice of appearance within the required
date

time period because:

ABility INCLUDING; Attempts of
(UNiversal INSurance) Decision Disputes,
(Provided, Judicial; INSpection) Administrator.
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

8-9-2019                                      H.J.
Dated:                                         Signature

JACKSON Henry
Name (Last, First, MI)

538 E. 6th Street    N.Y. N.Y. 10009
Address          City        State        Zip Code

347 489 4717 .    47AACC@gmail.com
Telephone Number        E-mail Address (if available)

Rev. 12/23/13

APPELLATE CIRCUIT
JUDGE RESIDING;
APPELLANT, HENRY JACKSON
538 EAST 6th STREET N.Y. 10009

REPORTING JUDICIAL
DISABILITY CONDUCT
PROCEEDINGS SUMMARY

I HERE BY SWORN APPELLANT, (I) JACKSON HENRY THE FIRST
Civil Transcripts Proceeding's
Experience of Many Project Frame

Of this Universe of "Secretary Growing Contract," is critical as being accurate;
Destination or (Non Designated Exhibits; Taxing Court filed.)
Appears exploring, Admitted {Writ Petition} Settlement indicated. Or a portion
thereof, necessary committee Trial Ordered. Result of stipulation An this is totally
out of (Human capability of concerns of acting Deputy Marshal & Homeland)
Security Shut Down agreement; approve" limit Budget Debt. Of salary of (Note)
Memorandum. (I) HENRY JACKSON ODD, Position of {Thirty Six Years}
Reporting Judicial disability, conduct proceeding summary Disputed;
Evidence Suit. Directed by (United States Code) Chief Judge" These instruction are
Provided to Alert Counsel litigants to particular aspects. And all relevant Court
Forms including a Notices of posted District Decision Entry.
Judgment or association of administrator Oversight investigation; emergency of
Federation of Humanity, Circuit Pre-Argument insurance "Calendar? Like to say
one of those Dismissal, Brief schedule Days Notifies in regards of expired; realistic
or unrealistic Goals, reported. This information of Collaborating in General
Development; Knowing what we Know of Congress process of Controllers
addiction. And again this is one of our finals Hours; Extraordinary Circumstances
issue of Security risk, what we found out. and what we learned of safety;
formulating of Network activity of Federal Error. of procedures of Mental bad
thoughts of Disclosers.

I HERE BY SWORN MONTH  8  DAY  9  YEAR 2019  .

RESPECTFULLY SUBMITTED _____.

CIRCUIT JUDGE DIVISION
RESIDING; HONORABLE

THE ABILITY WEEKLY
INSPECTION  PROVIDED
COUNSELING SERVICES

HENRY * JACKSON
538 EAST 6th STREET,
NEW YORK N.Y. 10009

I Understand Monitoring Demonstrating the ability weekly inspections provided; counseling services supported by the (K.G.B.) of the attempts established (8-5-2019

A Russian ammunition Dump {Exploded injury Multiple people}.

Mass Evacuation; Info, issues Concerning  policy to my Case.  President Putin says Russia will Spy on U.S. To match Missile development research centers comply" with all Fire and safety regulations, secret police security; Service. General Inspector I JACKSON HENRY THE FIRST  {Salary} "Holding someone" accountable of (Contract Situation); pop-up 8-6-2019

 U.S. Info withdraw (Higher Court) Federal  Consumer Commission

I realize that if I don't Give staff this information. Assistance as needed; common grounds regulation detectors permitted." prohibited? I agree to comply; requested items removes immediately of appliances permission State of Mental Health. Supervision and crisis intervention as necessary participate independence in the event of an Emergency {Contract in advance Huge Explosion}. Russian Military Base exiting  with 40,000 artillery Shells send shockwaves for (Miles) like the Boss of Bosses;  of Nevada Military Facility According to Monday; 8-5-2019 Series... Turned Catastrophic. I'll respect Government of other Committee residents of common and share Residential  areas; are aloud, participate productive Contribute Operation & Community Meetings.

SWORN TO ME MONTH__8__DAY__9__YEAR _2019_ .

RESPECTFULLY SUBMITTED_____.

APPELLATE CIRCUIT JUDGE RESIDING HENRY JACKSON 538 EAST 6, STREET NEW YORK N.Y. 10009

UNCONSTITUTIONAL SYMPATHIC INSURANCE ASSAULT

**(I) *HENRY JACKSON THE CHIEF JUDGE- CONSULT WITH***
*The prosecutorial acts to avoid appropriate;*
*Director of the Administrative formulation' (Staff).*

*Staff Assistance {Criminal Conduct.} this (Note) is to determinate of whether action Under {Rule} (5, or Rule 11) is necessary; refer to the new matter to the Director of the Administration; formulation special concerns of criminal conduct, compromising Extent criminal's, by prohibiting surviving Rule preserved. Against anyone who fails to comply, with a {Subpoena}, ACTION," COURT ORDER.*
Characteristically Litigation Executive Civil Disposition Discovery.
File paper Document's; form submitted to District Court. Attached Appeal Argument:
Appellee's Statement Submission Oral Form (Notification).
Heard by Three Judge Panel or arbitrator conflict of the Court Default; Hereinafter Described or Claiming, *Possession thereof reported 7/19/2019 with extreme Federation Dangerous weather Heat investigation in United States continue to be pandemic issue as we proceed; in N.Y. C. regards of 7/20/2019 Uneasy Night at 13:19 Hours as 1:19 PM During the Night of Friday Afternoon;*
*A Strong 5.1-Magnitude Earthquake Temporarily knocked out (Athenians Settled Damaged power outages; Government Spokesman Stelios Petsas Said in a Televised, Statement. People in the Capital must Remain Calm; Of Lump sum Of request of percentage Down Below Deposit of Claim. Of being Overrule of any (OBJECTION) Coercion, persuading process; investment of*
*{SEVEN POINT EIGHTY POINT FORTY FIVE, MILLION DOLLARS}.*
*HENRY JACKSON TAXING GENERAL SECURITY INSPECTION.*
*By License "Permitted" to require Union of intelligence to protect by Law plantation providence as well as special (Memorandum) powers of Office role in Federal judicial Judge Jackson Henry the First Union of Congress, otherwise provided agency; involuntary Liability affordable account process proving {Subpoena} Conference suspect of Sympatric Unconstitutional Assault; insurance Conduct of Committee special Concern against Authority Proceeding.*

*SWORN TO ME MONTH* __8__ *DAY* __01__ *, YEAR* __2019__.

*RESPECFULLY SUBMITTED* _____